AE

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 20 2007
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Larry Maurice Banks
(Please print)

STREET ADDRESS: 750 S. State St.

CITY/STATE/ZIP: Elgin, IL. 60123

PHONE NUMBER: _____

CASE NUMBER: 07cv7172
JUDGE GOTTSCHALL
MAG. JUDGE COX

_____   _____
Signature        Date