

## In The United States District Court
## For The Northern District
## Of Illinois



**RECEIVED**

DEC 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Maurice Banks

Vs.

People of the state of Illinois

Judge William Lacy

07cv7172
JUDGE GOTTSCHALL
MAG. JUDGE COX

### Sworn Affidavit

Now comes Larry Maurice Banks and swears under the pains and penalties of perjury and submits that the petitioner is without the funds to pay for filing of the petition for removal under 28 U.S.C. section 1443 or the certified copy of the record. The petitioner states that Elgin Mental Health Center Administrative Department wont sign the original I.F.P. form because the petitioner has sued the institution and the staff for constitutional violations. Thus the petitioner swears under the pains and penalties of perjury and makes notations that this affidavit is true and correct to the best of the petitioner's knowledge and belief.

Respectfully Submitted

Larry Maurice Banks