# United States District Court

## Northern District of Illinois
Eastern Division

Banks                                        **JUDGMENT IN A CIVIL CASE**

           v.                                             Case Number: 07 C 7172

State of Illinois

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Banks's petition to remove his criminal case to federal court [1] is denied. Civil case terminated.

                                                                 Michael W. Dobbins, Clerk of Court

Date: 1/28/2008                                     _____
                                                                  /s/ Rhonda Johnson, Deputy Clerk